

July 12, 2023

<u>**VIA ECF AND E-MAIL (Lissette_Rodriguez@njd.uscourts.gov)**</u>
Hon. Brian Martinotti, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

     **Re:    Fernandez v. NRA Group, LLC.**
           <u>**Case No.: 2:23-cv-02896-BRM-ESK**</u>

Dear Judge Martinotti:

     This office represents the Defendant in the above-referenced matter. Please accept this correspondence in lieu of a more formal motion seeking a one-motion-cycle adjournment (that is, until August 21, 2023) of Plaintiff's pending Motion to Strike Affirmative Defenses currently returnable on August 7, 2023.

     I am seeking this adjournment due to scheduling conflicts and motions due in other matters. I have reached out to Plaintiff but he has not consented to adjourning the instant Motion.

     Thank you for Your Honor's consideration of this matter.

                    Respectfully submitted,

                    /s/ Cindy D. Salvo
                    CINDY D. SALVO

cc:    Jury Romero Fernandez (via electronic mail)