

July 12, 2023

<u>VIA ECF AND E-MAIL (Lissette_Rodriguez@njd.uscourts.gov)</u>
Hon. Brian Martinotti, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**ORDER**

    Re:    Fernandez v. NRA Group, LLC.
              <u>Case No.: 2:23-cv-02896-BRM-ESK</u>

Dear Judge Martinotti:

    This office represents the Defendant in the above-referenced matter. Please accept this correspondence in lieu of a more formal motion seeking a one-motion-cycle adjournment (that is, until August 21, 2023) of Plaintiff's pending Motion to Strike Affirmative Defenses currently returnable on August 7, 2023.

    I am seeking this adjournment due to scheduling conflicts and motions due in other matters. I have reached out to Plaintiff but he has not consented to adjourning the instant Motion.

    Thank you for Your Honor's consideration of this matter.

                                                    Respectfully submitted,

                                                    /s/ Cindy D. Salvo
                                                    CINDY D. SALVO

**The request is So Ordered.**

      <u>***/s/ Edward S. Kiel***</u>
**Edward S. Kiel, U.S.M.J.**
**Date: July 13, 2023**