

July 14, 2023

<u>**VIA ECF**</u>
Hon. Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>Fernandez v. NRA Group, LLC.
                  Case No.: 2:23-cv-02896-BRM-ESK</u>

Dear Judge Kiel:

      This office represents the Defendant in the above-referenced matter. Please accept this correspondence as Defendant's request to adjourn the telephonic initial scheduling conference currently scheduled for August 14, 2023.

      This adjournment is necessary as I am scheduled to have a medical procedure performed that day.

      No previous adjournment requests have been made in connection with the initial scheduling conference.

      Thank you for Your Honor's consideration of this matter.

                                        Respectfully submitted,

                                        /s/ Cindy D. Salvo____
                                        CINDY D. SALVO

cc:    Jury Romero Fernandez